[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12264
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00132-JDW-MAP-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISAEL PEREZ-PEREZ,
a.k.a. Bemba,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 19, 2018)

Before TJOFLAT, JILL PRYOR and FAY, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F. 2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if made knowingly and voluntarily).